**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NILZA I. WARK,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2502** |
| **v.** | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social** | : | |
| **Security,** | : | |
| **Defendant** | : | |

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT:**

**(1)**   the report and recommendation of Magistrate Judge Cohn

issued in the above-captioned matter, **(Doc. 20)**, is

**ADOPTED IN ITS ENTIRETY**;

**(2)**   the decision of the Commissioner denying the plaintiff's

disability insurance benefits is **VACATED** and the matter

is **REMANDED** for further proceedings in accordance with

the report of the magistrate judge; and

**(4)**   the Clerk of Court is directed to mark this action **CLOSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date:  April 7, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2502-01-ORDER.wpd